UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO MARTINEZ,<br><br>Defendant. | CASE NO.:  21-cr-01865-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Martinez's Motion Hearing/Trial Setting currently scheduled for July 30, 2021 at 1:30 p.m. be rescheduled to **September 3, 2021 at 1:30 p.m.**

For the reasons set forth in the joint motion, the court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated: July 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge