UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO MARTINEZ,<br><br>Defendant. | CASE NO.:   21-cr-01865-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** that Mr. Martinez's Motion Hearing/Trial Setting currently scheduled for October 8, 2021 at 1:30 p.m. be rescheduled to **November 12, 2021 at 1:30 p.m.**

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated: October 4, 2021

Hon. Janis L. Sammartino
United States District Judge